United States Bankruptcy Court
Eastern District of North Carolina

McDowell,
    Plaintiff

Adv. Proc. No. 13-00172-SWH

Wilshire Commercial Capital L.L.C. d/b/a,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0417-8      User: skinner_d      Page 1 of 1      Date Rcvd: Nov 19, 2013
                        Form ID: ap048    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2013.
```
pla         +Cedric Lamar McDowell,    1231 Newport Common Dr. Apt 307,    Knightdale, NC 27545-6591
pla         +Latoshia Adams McDowell,    1231 Newport Common Dr. Apt 307,    Knightdale, NC 27545-6591
dft         +Wilshire Commercial Capital L.L.C. d/b/a Wilshire,    4751 Wilshire Blvd Ste 100,
              Los Angeles, CA 90010-3847
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2013                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2013 at the address(es) listed below:
```
              Erich M. Fabricius    on behalf of Plaintiff Latoshia Adams McDowell emf@fabriciuslaw.com,
               ecf+fablaw@bkccn.com
              Erich M. Fabricius    on behalf of Plaintiff Cedric Lamar McDowell emf@fabriciuslaw.com,
               ecf+fablaw@bkccn.com
              John F Logan    on behalf of Interested Party John F. Logan lweidenhamer@ralch13.com,
               skeighley@ralch13.com
```
                                                                                                                                    TOTAL: 3

**AP–48 Entry of Default** – Rev. 12/2009

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN RE:<br>Cedric Lamar McDowell and Latoshia Adams McDowell<br>        Debtor(s) | Bankruptcy Case No.:<br>13–03503–8–SWH |

| | |
|---|---|
| Cedric Lamar McDowell<br>et al.<br>        Plaintiff(s)<br>        vs.<br>Wilshire Commercial Capital L.L.C. d/b/a Wilshire Consumer Credit<br>        Defendant(s) | Adversary Proceeding No.:<br>13–00172–8–SWH |

### ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.:

Wilshire Commercial Capital L.L.C.

Therefore, default is entered against the defendant as authorized by Bankruptcy Rule 7055.

DATED: November 19, 2013

*[signature]*

STEPHANIE J. EDMONDSON, CLERK OF COURT